| | | |
|---|---|---|
| | AUSA: Rawsthorne | Telephone: (810) 766-5177 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Ross, ATF | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Justin Lyle-Porter

Case No. 2:26-mj-30074
Judge: Unassigned,
Filed: 02-11-2026 At 04:51 PM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 20, 2025__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Feon in possession of a firearm |
| 21 U.S.C. § 841 | Possession with the intent to distribute controlled substances. |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about June 20, 2025, Justin Lyle-Porter knowingly violated Title 18 United States Code Section 922(g)(1), felon in possession of a firearm and 21 United States Code Section 841(a)(b), possession with intent to distribute a controlled substance.

☑ Continued on the attached sheet.

*Complainant's signature*

Stephen Ross, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __February 11, 2026__

*Judge's signature*

City and state: __Detroit, MI__

Hon. Elizabeth Stafford,  United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
### *United States v. Justin Lyle-Porter*

I, Stephen N. Ross, being duly sworn, hereby depose and state as follows:

1. I have been employed as a special agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since September 2015, and am currently assigned to the Flint Field Office. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment as a federal law enforcement officer, I have conducted and participated in numerous criminal investigations focused on illegal firearms and armed drug trafficking violations.

2. The facts in this affidavit come from my personal knowledge, knowledge obtained during my participation in this investigation from other individuals including other law enforcement officers, as well as my review of reports and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

3. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that Justin Lyle-Porter has violated Title 18, United States Code Section 922(g)(1), felon in possession of a firearm and 21 United States Code Section 841(a)(b), possession with intent to distribute a controlled substance.

4. On June 20, 2025, members from the ATF executed a search warrant at an address associated with Lyle-Porter, Flint, Michigan. During the search of the residence, law enforcement officers located 354 grams of cocaine, 172 grams of fentanyl, and a loaded pistol Smith and Wesson, pistol, MP 9 Shield, 9mm, s/n: JLJ3573 (found in Jeep Wagoneer). Lyle-Porter admitting to possessing the narcotics in a post-mirandized statement.

5. Lyle-Porter was living with his girlfriend, Chiquita Johnson, and three minor children at the residence in Flint, Michigan and they were the only ones present during the search of the residence.

6. The above narcotics were tested with TruNarc by Detective Steven Fisher and all substances tested positive for the substance they represented.

7. During the course of the investigation, Lyle-Porter was observed driving the Jeep Wagoner on multiple occasions.

8. I conducted an additional check in the Michigan Law Enforcement Information Network which confirmed that Lyle-Porter was a convicted felon and had the following convictions.

> 2014- **FEDERAL FELONY CONVICTION-** DEL/MAN Controlled Substances.
> 2014- **FELONY CONVICTION-** DEL/MAN Controlled Substances.
> 2013- **FELONY CONVICTION-** DEL/MAN Controlled Substances.

9. According to Special Agent Dustin Hurt, Interstate Nexus Expert, the above firearm recovered in the state search warrant were not manufactured in the state of Michigan.

_____
Stephen N. Ross, Affiant
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 11th day of February, 2026.

_____
Ho, Elizabeth Stafford
United States Magistrate Judge